UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                        Case No. 2-97-CR-80618-1
                                                                          Honorable Matthew F. Leitman

CHRISTINA TAYLOR

### ORDER FOR DISBURSEMENT OF FUNDS FROM UNCLAIMED

Monies having been transferred to the unclaimed fund (106000) on behalf of the victims, **Comerica Bank, National City Bank, and Chase Bank**, after a period in which the victims could not be located. The claimant has petitioned the court requesting the release of the funds along with a current address. Therefore,

IT IS HEREBY ORDERED that the Clerk of this Court disburse forthwith funds being held in the unclaimed fund (106000) on behalf of **Comerica Bank, National City Bank, and Chase Bank** in the amount of $5.23 to Comerica Bank, $6.96 to National City Bank, and $72.81 to Chase Bank, and mail to **Comerica Bank, PO BOX 75000 FPIS MC 7399, Detroit, MI 48275, National City Bank N/K/A PNC Bank K1-k201-06-1, 101 S Fifth Street, ATTN: Misty Fultz, Louisville, KY 40202, and Chase Bank, PO BOX 710988, ATTN Corporate Security, Columbus, OH 43271** .

                                                     s/Matthew F. Leitman
SO ORDERED.                              Matthew F. Leitman
                                                     United States District Court Judge

Dated: January 25, 2021

Above information checked this 25th day of **January 2021** and found to be correct.
  s/Holly A. Monda
  Holly A. Monda
Deputy Clerk